*In re* MARDIGIAN ESTATE, No. 152655; reported below: 312 Mich App 538. The parties shall file supplemental briefs within 42 days of the

date of this order addressing, among other issues, whether this Court should overrule *In re Powers Estate*, 375 Mich 150 (1965). The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.